UTICA,
August, 1823.

SPEIDELL
v.
FASH.

SPEIDELL *against* FASH.

A justice may, on the plaintiff's request, adjourn 7 days exclusive from the return of a summons, when the 6th day is *Sunday*.

CERTIORARI to a Justice's Court. *Fash* sued *Speidell* by summons, returnable *March* 10*th*, 1823. The cause was adjourned, on the defendant's request, to the 13*th March;* on which day the plaintiff's agent making oath that a material witness was sick, the Justice adjourned to the 17*th* of *March*, being 7 days exclusive of the 1st, after the return of the process. This was on the ground that the 16th was Sunday; and holden well.

*W. H. Coleman,* for the plaintiff in error.

*E. McGaraghan,* contra.

Judgment affirmed.(*a*)

(*a*) Vid. ante 19, *n.* (*a*)  Where the Justice adjourns for a longer time than is allowed by law, it is a discontinuance. (1 *John. Cas.* 101-2.  3 *Caines,* 171.  2 *John.* 192.  7 *John.* 381.)

balance the inconveniences resulting from a change." *Smith,* J. dissented. Accordingly, in *The State of Connecticut* v. *Babcock,* 1815, in the Court of Errors of *Con.* (1 *Con. Rep. N. S.* 401) this construction again received a judicial sanction, by the whole Court.

*New-Jersey.* In *Clark* v. *Cole,* (1 *Penn. Rep.* 278) the jury separated, after retiring, and before delivering their verdict.  Some of them, while considering of their verdict, went out of the room, and returned again in a few minutes, and the Court refused to set the verdict aside, for this reason, as there was no improper practice of the party in whose favour the verdict was rendered.  In *Crane* v. *Sayre,* on certiorari, (1 *Halsted's Rep.* 110) while an argument was pending before the Justice, as to the competency of certain testimony, some of the jurors left the room, and returned again without leave or consent, and without an officer to attend them.  *Curia.* " A juryman, who leaves his fellow jurors, without notice or leave, certainly treats the Court with great contempt, for which a fine ought to be imposed on him, as soon as the verdict is rendered ; and he ought to be committed till the fine is paid.  It would retard the trial extremely, and work great confusion for the parties, if the Court had to call the list of jurors every few minutes, to be sure they were all present, as must be done if jurors may go off without notice or leave.  But a verdict is never set aside for a juror's misbehaviour *towards the Court,* unless it is prejudicial to one or other of the parties, and no such thing appears in this case." Judgment af-